# In the United States Court of Federal Claims

No. 22-443C
(Filed: June 8, 2022)
**NOT FOR PUBLICATION**

```
*************************************
ADOLPH R.O. WRIGHT,                    *
                                       *
                Plaintiff,             *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                Defendant.             *
                                       *
*************************************
```

## ORDER

Mr. Adolph Wright, proceeding *pro se*, filed this civil action against the United States of America. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Mr. Wright submitted his complaint and amended complaint without the filing fees or a completed IFP application. In an order dated April 25, 2022, this Court ordered Mr. Wright to either pay the $402.00 in required fees or submit an IFP application within thirty days. *See* Order (ECF 6). To date, Mr. Wright has failed to comply with this Court's previous order.

This Court may dismiss a case for failure to prosecute when the plaintiff "fails … to comply with these rules or a court order." RCFC 41(b). Here, Plaintiff's failure to comply with an order directing him to pay the filing fee or establish grounds for proceeding *in forma pauperis* justifies dismissal. *See, e.g.*, *Bryant v. United States*, 618 F. App'x 683, 686 (Fed. Cir. 2015) ("If a party fails to pay the requisite filing fee, despite adequate notice and ample opportunity to do so, the Claims Court acts within its discretion when it dismisses the action."). As a result, this action is **DISMISSED** without prejudice for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.

On May 11, 2022, the Court received a document from the Plaintiff entitled "NOTICE Free Court Filing." The document shall be **FILED BY MY LEAVE**. Given that it does not appear to be a request for leave to proceed *in forma pauperis*, to the extent it requests any relief it is **DENIED AS MOOT**.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge